# STATEMENT OF CHANGED 341(A) MEETING
# DATE AND LOCATION

March 19, 2010

ROBERT KEITH BENTLEY
ESPER BENTLEY
26721 KINGWOOD RD
MURRIETA, CA  92563

Re: ROBERT KEITH BENTLEY and ESPER BENTLEY
   Chapter 13 Case No.: 6:09-bk-24611-PC
   341(a) Meeting of Creditors: 04/20/2010 08:00 AM
   **CHANGE OF LOCATION OF 341(A) MEETING OF CREDITORS AND**
   **CHANGE OF DATE OF 341(A) MEETING OF CREDITORS**

   NOTICE IS HEREBY GIVEN that the 341(a) meeting of creditors in the above-referenced Chapter 13 case will be held on **TUESDAY, APRIL 20, 2010** at:

> **Marriott-Riverside**
> **The Regency Room**
> **3400 Market Street**
> **Riverside, CA 92501**

   The time of the creditor meeting is unchanged.  The confirmation hearing will be held at the date, time and location previously noticed by the clerk of the court.

_____
Rod Danielson, Chapter 13 Trustee

FG:114

| In re:   ROBERT KEITH BENTLEY and ESPER BENTLEY | Chapter: 13 |
|---|---|
| Debtors | Case Number: 6:09-bk-24611-PC |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **STATEMENT OF CHANGED 341(A) MEETING DATE AND LOCATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 3/19/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**
(Indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such a service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/19/2010 | Kristi Arcilla | /s/ |
|---|---|---|
| Date | Type Name | Signature |

FG:114

In re:    ROBERT KEITH BENTLEY and ESPER BENTLEY            **Chapter: 13**

    Debtors                                                                          Case Number: 6:09-bk-24611-PC

## PROOF OF SERVICE OF DOCUMENT CONTINUED

| | | |
|---|---|---|
| ROBERT KEITH BENTLEY<br>ESPER BENTLEY<br>26721 KINGWOOD RD<br>MURRIETA, CA 92563 | DOAN LAW FIRM, LLP<br>25401 CABOT ROAD<br>SUITE 119<br>LAGUNA HILLS, CA 92653 | American Express<br>c/o Becket and Lee<br>Po Box 3001<br>Malvern, PA 19355 |
| Chase - Cc<br>Attention: Banktruptcy Department<br>Po Box 15298<br>Wilmintgon, DE 19850 | Consolidated Resorts<br>801 S. Rampart Blvd., Suite 200<br>Las Vegas, NV 89145 | Don Kent<br>Riverside County Treasurer<br>PO Box 12005<br>Riverside, CA 92502-2205 |
| Maria DeJesus<br>15024 Avenida Venusto Unit # 151<br>San Diego, CA 92128 | SAN DIEGO COUNTY CRED<br>5555 MILDRED ST<br>SAN DIEGO, CA 92110 | San Diego County Credit Union<br>Insurance Center<br>PO Box 1669<br>Orange, CA 92856-1669 |
| Social Security System<br>600 N Arrowhead Ave, Ste 200<br>San Bernardino, CA 92401 | Valentine & Kebartas Inc<br>PO Box 325<br>Lawrence, MA 01842 | Wells Fargo Bank<br>Po Box 5445<br>Portland, OR 97228 |
| Wells Fargo Bank Nv Na<br>Po Box 31557<br>Billings, MT 59107 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306 | Wells Fargo Hm Mortgag<br>Attention: Bankruptcy<br>3476 Stateview Blvd<br>Fort Mill, SC 29715 |
| Esper Bentley<br>26721 Kingwood Road<br>Murrieta, CA 92563 | Gregory J Doan<br>25401 Cabot Rd Ste 119<br>Laguna Hills, CA 92653 | |

FG:114